UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCISCO MENDOZA, MIGUEL MARTINEZ and KEVIN RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>CARDINAL MULTI SERVICES LLC and WILSON O. AGUILAR,<br><br>     Defendants. | Civil Action No.  21-cv-00685 |

**MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND COURT-FACILITATED NOTICE**

  Plaintiffs, through their undersigned counsel, respectfully move the Court in this Fair Labor Standards Act ("FLSA") case to certify their FLSA claim as a collective action pursuant to 29 U.S.C. § 216(b), and to facilitate the issuance of notice to all potential class members. In support of this motion, Plaintiffs submit the accompanying memorandum of law and exhibits.

Dated June 8, 2021         Respectfully submitted,

               /s/ *Mark Hanna*
               Mark Hanna (Virginia Bar No. 45442)
               Roseann R. Romano (pro hac forthcoming)
               Murphy Anderson PLLC
               1401 K Street NW, Suite 300
               Washington, DC 20005
               Phone: (202) 223-2620
               Fax: (202) 296-9600
               mhanna@murphypllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2021, I filed the foregoing Motion for Conditional Collective Action Certification and Court-Facilitated Notice using the Court's CM/ECF system. I hereby certify that a copy of the Motion for Conditional Collective Action Certification and Court-Facilitated Notice and all attachments is being served by personal service on the Defendants as part of the service of original process, including the summons, complaint, and other initial papers filed in this case, at the addresses listed below.

CARDINAL MULTI SERVICES LLC
c/o Christopher Lee Aguilar
5504 Oakwood Road
Alexandria, VA 22310

WILSON O. AGUILAR
6412 Franconia Road
Springfield, VA 22150

/s/
Mark Hanna