# Exhibit B

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act 29 U.S.C. § 216(b)**
*Mendoza et al. v. Cardinal Multi Services LLC et al.*

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Cardinal Multi Services LLC and/or Wilson Aguilar for at least some period of time between June 8, 2018 and the present.

3. I claim that during some week or weeks of my work for Cardinal, I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, and the Virginia Wage Payment Act, Va. Code Ann. § 40.1-29, to recover my unpaid overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** _____   **Sign:** _____

**Phone:** _____

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS FORM TO:**
**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**
**De conformidad con la Ley de Normas Justas de Trabajo 29 U.S.C § 216(b)**
*Mendoza et al. v. Cardinal Multi Services LLC et al.*

**Nombre:** _____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Trabajé para Cardinal Multi Services LLC y/o Wilson Aguilar durante al menos un período de tiempo entre el 8 de junio del 2018 y el presente.

3. Afirmo que durante alguna(s) semana(s) de mi trabajo para Cardinal, trabajé más de 40 horas y no me pagaron una prima de sobretiempo equivalente a tiempo y medio de mi tasa regular de pago.

4. Doy mi consentimiento y estoy de acuerdo en continuar con mis reclamos por los salarios de sobretiempo impagados y por los daños surgiendo del trabajo que realicé para los Demandados.

5. Entiendo que esta demanda se entabla bajo la Ley de Normas Justas de Trabajo de 1938, enmendado, como 29 U.S.C § 201, *et seq.*, y la Acta de Pago de Salario de Virginia, Va. Code Ann. § 40.1-29, para recuperar mis salarios de sobretiempo impagados, así como otros beneficios, incluso los daños liquidados.

6. Por la presente doy mi consentimiento, acepto, y opto por convertirme en Demandante en este documento y ser confinado a cualquier fallo del Tribunal o cualquier acuerdo de esta acción.

7. Elijo ser representado por Murphy Anderson PLLC para todos los propósitos de esta acción y para tomar las medidas necesarias para llevar adelante mis reclamos, incluso la presentación de nuevas demandas.

8. También designo a los demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda.

**Fecha:** _____  **Firma:** _____

**Número telefónico:** _____

**SI ELIGE PARTICIPAR,**
**POR FAVOR DEVUELVA ESTE FORMULARIO A:**
**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**