UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCISCO MENDOZA, MIGUEL MARTINEZ and KEVIN RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br><br>CARDINAL MULTI SERVICES LLC and WILSON O. AGUILAR,<br><br>        Defendants. | Civil Action No. |

## DECLARATION OF ROSARIO RIVERA REGARDING SPANISH TRANSLATION OF DOCUMENTS IN SUPPORT OF MOTION FOR COLLECTIVE ACTION CERTIFICATION

I, Rosario Rivera, declare as follows:

1.    I am an employee of Murphy Anderson PLLC, counsel of record for Plaintiffs in this action. I make this Declaration based on my own personal knowledge. If called to testify, I can and will competently testify to the statements herein.

2.    I am a fluent Spanish speaker. Spanish is my first language. I studied Spanish, including 2 years of grammar-intensive Spanish classes, in high school. I received the highest possible score on my AP Spanish Language exam and a 750 out of 800 on the Spanish SAT II exam. I also studied Spanish in college and earned a 4.0 grade-point average in my Spanish courses. I studied in Oaxaca, Mexico for one

semester, which included writing a 30-page mini-thesis entirely in Spanish. In college, I worked as a Foreign Languages and Literatures Resource Lab tutor and teaching assistant for all levels of Spanish courses. I received the Frank Kline Baker Spanish and American Civilization Award, which is awarded to the student who attains the greatest proficiency in the study of Spanish and Latin American Civilization, in May 2020.

3. I translated into Spanish the English version of the Notice of Collective Action Lawsuit, which is attached to Plaintiffs' Motion for Collective Action Certification and Court-Facilitated Notice as A-1. The Spanish version of this Notice is an accurate translation of the English version. A true and correct copy the Spanish version of the Notice is attached to the Motion as Exhibit A-2.

4. I translated into Spanish the English version of the Consent to Join Action Form. A true and correct copy of the English version of the Consent to Join Action Form is attached to the Motion as Exhibit B-1. A true and correct copy of the Spanish version of the Consent to Join Action Form is attached to the Motion as Exhibit B-2. The Spanish version of the Consent to Join Action Form is an accurate translation of the English version.

4. I also translated into Spanish the English versions of the Declarations of Francisco Mendoza, Miguel Martinez, and Kevin Rodriguez. The Spanish versions are accurate translations of the English versions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2021 at Washington, DC.

_____
Rosario Rivera