UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCISCO MENDOZA, MIGUEL MARTINEZ and KEVIN RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>CARDINAL MULTI SERVICES LLC and WILSON O. AGUILAR,<br><br>                Defendants. | Civil Action No. 21-cv-00685 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Conditional Collective Action Certification and Court-Facilitated Notice, the Court hereby GRANTS Plaintiffs' Motion, and ORDERS that:

    a.    A class of people meeting the following definition is conditionally certified under 29 U.S.C. § 216(b):

> All individuals employed by Defendants as non-supervisory construction workers at any time during the period beginning three years prior to the date of commencement of this action, through the date of judgment.

    b.    The Notice and Opt-In Forms attached to Plaintiffs' Motion as Exhibits A and B are hereby APPROVED to be issued to the above-identified class of potential plaintiffs;

    c.    Within two weeks of the docketing of this Order, Defendants shall provide Plaintiffs' counsel a computer-readable database of names, last known addresses, phone numbers, and the dates of employment for all individuals who perform or performed construction work for them since three years before the date of this order;

       d.       Defendants shall post the Notice of Collective Action in a manner and location visible and accessible to potential class members at Defendants' offices and worksites and in Defendants' vehicles used to transport workers to construction worksites;

       e.       Plaintiff shall mail the Notice of Collective Action Lawsuit and Opt-In Consent Form to all eligible class members;

       f.       Plaintiffs shall send the Notice of Collective Action Lawsuit and Opt-In Consent Form to all eligible class members by text message;

       g.       Class members shall have 90 days from the date that Plaintiffs mail the Notice to return completed Opt-In Forms, and Plaintiffs' counsel shall file such forms with the Court no later than one week after the close of the 90-day Opt-In period; and

       h.       Plaintiffs shall mail a reminder notice 45 days into the 90-day Opt-In period.

_____

U.S. District Court Judge