## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| FRANCISCO MENDOZA, MIGUEL MARTINEZ and KEVIN RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CARDINAL MULTI SERVICES LLC and WILSON O. AGUILAR, <br><br> Defendants. | Civil Action No. 21-cv-00685 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, July 2, 2021, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the Plaintiffs will present to the Court the Motion for Conditional Collective Action Certification and Court-Facilitated Notice.[1]

Dated June 8, 2021

Respectfully submitted,

/s/ *Mark Hanna*
Mark Hanna (Virginia Bar No. 45442)
Roseann R. Romano (pro hac forthcoming)
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
Fax: (202) 296-9600
mhanna@murphypllc.com

---

[1] Plaintiffs' counsel has not conferred with Defendants as of the date of this Notice because the Motion is filed prior to service of original process in this case. Plaintiffs' counsel will confer with Defendants at the earliest possible opportunity after service is completed, and the Parties will file an amended Notice of Hearing if needed.