IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCISCO MENDOZA, <br> MIGUEL MARTINEZ AND <br> KEVIN RODRIGUEZ, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CARDINAL MULTI <br> SERVICES LLC, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-685 (AJT/TCB) |

## **ORDER**

It is hereby

ORDERED that the hearing on the Motion for Conditional Collective Action Certification and Court-Facilitated Notice [Doc. No. 3], presently scheduled for Friday, July 2, 2021, at 10:00 a.m., be, and the same hereby is, CONTINUED to Wednesday, July 14, 2021, at 10:00 a.m., to be held in court.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

June 11, 2021
Alexandria, Virginia