UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Francisco Mendoza, et al.

**Plaintiff(s)**

Case No.: 1:21-cv-00685-AJT-TCB

*vs.*

Cardinal Multi Services LLC, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, Collective Action Complaint, Civil Cover Sheet, Notice of Filing Consents to Join Action with Exhibits, Declaration of Rosario Rivera Regarding Spanish Translation of Consent to Join Collective Action Forms, Motion for Conditional Collective Action Certification and Court-Facilitated Notice with Memorandum in Support of Motion for Conditional Collective Action Certification and Court-Facilitated Notice, Exhibits, Declaration of Francisco Mendoza in English and Spanish with Exhibit A, Declaration of Miguel Martinez in English and Spanish with Exhibit A, Declaration of Kevin Rodriguez in English and Spanish with Exhibit A, Declaration of Rosario Rivera Regarding Spanish Translation of Documents in Support of Motion for Collective Action Certification, and Notice of Hearing in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 6/10/2021 at 5:44 PM, I served Cardinal Multi Services LLC c/o Christopher Lee Aguilar, Registered Agent at 6412 Franconia Road, Springfield, Virginia 22150 with the Summons, Notice, Collective Action Complaint, Civil Cover Sheet, Notice of Filing Consents to Join Action with Exhibits, Declaration of Rosario Rivera Regarding Spanish Translation of Consent to Join Collective Action Forms, Motion for Conditional Collective Action Certification and Court-Facilitated Notice with Memorandum in Support of Motion for Conditional Collective Action Certification and Court-Facilitated Notice, Exhibits, Declaration of Francisco Mendoza in English and Spanish with Exhibit A, Declaration of Miguel Martinez in English and Spanish with Exhibit A, Declaration of Kevin Rodriguez in English and Spanish with Exhibit A, Declaration of Rosario Rivera Regarding Spanish Translation of Documents in Support of Motion for Collective Action Certification, and Notice of Hearing by serving Wilson O. Aguilar, Co-Owner, authorized to accept service.

Wilson O. Aguilar is described herein as:

Gender: Male   Race/Skin: White   Age: 39   Weight: 210   Height: 5'11"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

Executed On 6/14/21

Abel Emiru

Client Ref Number: N/A
Job #: 1590521

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Francisco Mendoza,
Miguel Martinez, and
Kevin Rodriguez

*Plaintiff(s)*

v.

Cardinal Multi Services LLC and
Wilson O. Aguilar

*Defendant(s)*

Civil Action No. 21-cv-00685

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cardinal Multi Services LLC
SERVE: Christopher Lee Aguilar
5504 Oakwood Road
Alexandria, VA 22310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Hanna
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __06/09/2021__

Digitally signed by Dana Van Metre
Date: 2021.06.09 10:55:34 -04'00'

*Signature of Clerk or Deputy Clerk*