UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCISCO MENDOZA, MIGUEL MARTINEZ and KEVIN RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARDINAL MULTI SERVICES LLC and WILSON O. AGUILAR,<br><br>Defendants. | Civil Action No. 21-cv-00685 |

### ORDER

Upon consideration of Plaintiffs' Motion for Entry of Judgment by Confession, it is hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Court **DECLARES** that Defendants violated the terms of the settlement agreement they entered into with Plaintiffs and which this Court approved; it is further

**ORDERED** that Judgment by Confession be entered against Defendants, jointly and severally, in the amount of $84,562.50 plus interest; and it is further

**ORDERED** that the Court shall retain jurisdiction over any matter pertaining to this judgment.

ENTERED this 7th day of March, 2022.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia